# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: OLSON BROS' SERVICES CORPORATION § § § §
Case No. 10-48266
Chapter 7
Hon. CAROL A. DOYLE

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 05/24/2011 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: OLSON BROS' SERVICES CORPORATION  §  Case No. 10-48266
§  Chapter 7
§  Hon. CAROL A. DOYLE
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $15,000.00 |
| *and approved disbursements of* | $23.18 |
| *leaving a balance on hand of* [1] | $14,976.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $14,976.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $2,250.00 | $0.00 | $2,250.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $71.40 | $0.00 | $71.40 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,835.00 | $0.00 | $2,835.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN, LTD. | $1,417.50 | $0.00 | $1,417.50 |
| *Accountant for Trustee, Expenses* | LOIS WEST/POPOWCER KATTEN, LTD. | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Auctioneer, Fees* | |
| *Auctioneer, Expenses* | |
| *Charges,* U.S. Bankruptcy Court | |
| *Fees,* United States Trustee | |
| Other | |

Total to be paid for chapter 7 administrative expenses:   $6,573.90

Remaining balance:   $8,402.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for           , Fees* | | | |
| *Accountant for           , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:   $0.00

Remaining balance:   $8,402.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling   $0.00   must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $8,402.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,393.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | EMG, Inc. | $2,053.20 | $0.00 | $416.80 |
| 3 | Com Ed | $892.28 | $0.00 | $181.13 |
| 4 | Crawford Roof Maintenance | $2,996.37 | $0.00 | $608.26 |
| 5 | Northstar Fire Protection | $6,750.00 | $0.00 | $1,370.24 |
| 6 | American Express Bank FSP | $20,435.42 | $0.00 | $4,148.36 |
| 7 | Quality Integrated Solutions | $5,544.79 | $0.00 | $1,125.58 |
| 8 | Waste Management | $2,221.92 | $0.00 | $451.05 |
| 9 | Natural Lawn Care, Inc. | $500.00 | $0.00 | $101.50 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $8,402.92 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 10-48266-CAD
Olson Bros' Services Corporation                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: csimmons              Page 1 of 2              Date Rcvd: Apr 20, 2011
                               Form ID: pdf006             Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2011.
db           +Olson Bros' Services Corporation,    11142 Addison Street,    Franklin Park, IL 60131-1404
aty          +Stephen S Newland,    Newland, Newland & Newland,    1512 Artaius Pkwy,
               Libertyville, IL 60048-5231
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16343615     +3-D Mechanical, Inc.,    143 Industrial Drive,    Unit D,    Gilberts, IL 60136-9740
16343616     +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
16805614      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16343617     +BHFFX,    80 West Seegers Road,    Arlington Heights, IL 60005-3917
16343618     +Brook Electric Distribution,    880 S. Rohlwing Road,    Addison, IL 60101-4218
16343619      Buildingstars CHI Operations, Inc.,    11489 Service Drive,    Saint Louis, MO 63146-3529
16343620     +Cabinets Unlimited, Inc.,    1371-M Industrial Drive,    Itasca, IL 60143-1856
16343621     +Canon Business Solutions,    300 Commerce Square Boulevard,    Burlington, NJ 08016-1270
16343622     +Christopher Sargent,    532 Susie Lane,    Cortland, IL 60112-4152
16343624     +Corene Olson,    123 North Grove Lane,    Barrington, IL 60010-4815
16343625     +Crawford Roof Maintenance,    2880 West Vermont Street,    Blue Island, IL 60406-4175
16343626      Crescent Electrical Supply Co,    P.O. Box 500,    East Dubuque, IL 61025-4420
16343627     +Custom Carpet,    300 W. North Avenue,    Lombard, IL 60148-1255
16343629     +DDI Decorating & Design Installatio,    2506 North Clark Street,    Suite 202,
               Chicago, IL 60614-1848
16343628     +David Olson,    330 W. Campus Drive,    Arlington Heights, IL 60004-1404
16343630     +Dock Door National,    P.O. Box 3338,    Saint Charles, IL 60174-9094
16343631     +Dykema Gossett PLLC,    10 South Wacker Drive,    Suite 2300,    Chicago, IL 60606-7439
16343632     +EMG, Inc.,    1010 Morse Avenue,    Unit D,    Schaumburg, IL 60193-4584
16343633     +Fifth Third Bank,    Bankruptcy Department,    1830 E. Paris SE,    Grand Rapids, MI 49546-6253
16343634     +Fire Guard,    4551 Prime Parkway,    McHenry, IL 60050-7036
16635381     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
16343635      FordCredit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
16343636     +ICS,    29W030 Main Street,    P.O. Box 559,    Warrenville, IL 60555-0559
16343637     +Industrial Building Maintenance,    P.O. Box 87765,    Carol Stream, IL 60188-7765
16343638     +Innovative Mechanical Group, Inc.,    1144 State Street, #A,    Box 270,    Geneva, IL 60134-2405
16343639     +Jansen Carpentry, Inc.,    P.O. Box 7041,    Algonquin, IL 60102-7041
16343640     +Joy L. Banks,    c/o Paul T. Grandchamp,    1300 Iroquois Avenue, Suite 205,
               Naperville, IL 60563-1682
16343641     +Katz Plumbing Company,    5305 Pistakee Drive,    McHenry, IL 60051-7956
16343642     +Lawrence S. Starkopf,    Starkopf & Silverman,    734 Central Avenue, Suite 200,
               Highland Park, IL 60035-3253
16343643     +Louis Epstein,    5225 Old Orchard Road, Suite 25B,    Skokie, IL 60077-1027
16343644     +Matrix Glass, Inc.,    2837 Cobblestone Drive,    Crystal Lake, IL 60012-2601
16343645      McMaster Carr,    600 County Line Road,    Elmhurst, IL 60126-2081
16343646     +Natural Lawn Care, Inc.,    801 E. Hickory,    Addison, IL 60101-7739
16343647      NexGen Building Supply,    P.O. Box 809341,    Chicago, IL 60680-9341
16343649     +Northstar Fire Protection, Inc.,    2009 W. 21st Street,    Broadview, IL 60155-4631
16343650     +Northwest Electrical Supply,    600 East Rand Road,    Mount Prospect, IL 60056-2533
16343651     +Palatine Builders Supply, Inc.,    2251 Nicholas Boulevard,    Elk Grove Village, IL 60007-5927
16343652     +Prestissimo Construction, Inc.,    1110 White Tail Drive,    Manteno, IL 60950-3764
16343653     +Quality Integrated Solutions,    8518 West 192nd Street,    Unit 49,    Mokena, IL 60448-8990
16343654     +SMG Security Systems,    120 King Street,    Elk Grove Village, IL 60007-1111
16343655     +Steiner Electric Company,    2665 Paysphere Circle,    Chicago, IL 60674-0001
16343656     +Suburban Improvement,    8N510 Stevens Road,    Elgin, IL 60124-8840
16343657      Sunbelt Rentals,    P.O. Box 409211,    Atlanta, GA 30384-9211
16343658     +The Village of Franklin Park,    9500 West Belmont Avenue,    Franklin Park, IL 60131-2798
16343660      Waste Management,    P.O. Box 4648,    Carol Stream, IL 60197-4648
16905189     +Waste Management,    2625 W. Grandview Rd. Ste. 150,    Phoenix, AZ 85023-3113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16343623     +E-mail/Text: legalcollections@comed.com Apr 21 2011 08:03:43      ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
16637874     +E-mail/Text: legalcollections@comed.com Apr 21 2011 08:03:43      Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16343648      E-mail/Text: bankrup@nicor.com Apr 21 2011 08:03:42      Nicor,    P.O. Box 0632,
               Aurora, IL 60507-0632
16343659      Fax: 866-419-3894 Apr 21 2011 08:07:54      US Cellular,    Department 0203,
               Palatine, IL 60055-0203
16343661     +E-mail/Text: brad.lee@xo.com Apr 21 2011 08:03:42      XO Communications,    8851 Sandy Parkway,
               Sandy, UT 84070-6408
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1           User: csimmons              Page 2 of 2                  Date Rcvd: Apr 20, 2011
                               Form ID: pdf006             Total Noticed: 54

aty*         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**              **Signature:**   *Joseph Speetjens*